UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------
UNITED STATES OF AMERICA,

**ORDER**

-vs-

CR-98-135(FB)

Bruce Bahlav ,
         Defendant.

----------------------------------------

On August 17, 2005 the Court received a letter application from counsel who represents the sons Charles A. Shaver, who is now deceased, requesting that the court modify it's letter endorsed order dated July 11, 2005 to allow the restitution payments to be sent to the Shaver's sons Robert T. Shaver and Charles A. Shaver, Jr., who are his heirs at law, instead of the estate of Charles A. Shaver. The August 17, 2005 letter also attached a copy of Charles A. Shaver's will naming the sons as the sole heirs to his residuary estate . Accordingly it is

HEREBY ORDERED that counsel's application is GRANTED and the Court's letter endorsed order dated July 11, 2005 shall be modified to allow all future restitution payments to be issued to Robert T. Shaver and Charles A. Shaver Jr., in equal amounts. Payments shall no longer be made payable to the Estate of Charles A. Shaver.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       August 26, 2005

CC.; Douglas Hoffman, Esq.